# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **MICHAEL LEMONS,**<br>*Plaintiff,*<br><br>**v.**<br><br>**APACHE CORPORATION, ALTUS MIDSTREAM CO.,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **PE:22-CV-00002-DC** |

## ORDER VACATING THE COURT'S PREVIOUS ORDER

On October 21, 2022, the Court entered an order granting Defendants' Motion for Summary Judgment. (Doc. 37). That same day, after the Court entered its order, the Defendants advised the Court that the matter had been resolved and requests the Court vacate its previous order. As a result, the Court **VACATES** its order granting Defendants' Motion for Summary Judgment. (Doc. 37).

It is so **ORDERED**.

SIGNED this 24th day of October, 2022.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE